EDMOND COLLETTE, as Administrator, etc., of ALBINA COLLETTE, Deceased, Appellant, v. MILLER BROS. GARAGE Co., INC., and KATHRYN MILLER, Respondents. GRANT POTTER, an Infant, by GEORGE A. POTTER, His Guardian ad Litem, Appellant, v. MILLER BROS. GARAGE Co., INC., and KATHRYN MILLER, Respondents. GEORGE A. POTTER, Appellant, v. MILLER BROS. GARAGE Co., INC., and KATHRYN MILLER, Respondents. LORETTO E. POTTER, Appellant, v. MILLER BROS. GARAGE Co., INC., and KATHRYN MILLER, Respondents.— Plaintiffs have appealed from an order changing the place of trial from the county of Saratoga to the county of Warren. Plaintiffs are all non-residents of the State of New York. Defendants are residents of Warren county. Defendants moved to change the place of trial to the county of their residence. Plaintiffs sought to retain the venue in Saratoga county for the convenience of witnesses. The causes of action arose in Saratoga county. The proof indicates that no one will be inconvenienced by the change. Order unanimously affirmed, with ten dollars costs and disbursements in one action. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

EDWARD A. SMITH, Respondent, v. CHARLES B. McLAUGHLIN and Another, Appellants. ANNA M. SMITH, Respondent, v. CHARLES B. McLAUGHLIN and Another, Appellants. HELEN SMITH, Respondent, v. CHARLES B. McLAUGHLIN and Another, Appellants. MARGARET CONNORS, Respondent, v. CHARLES B. McLAUGHLIN and Another, Appellants. MARGARET T. BELL, Respondent, v. CHARLES B. McLAUGHLIN and Another, Appellants.— Motions in negligence actions to change the place of trial from Schenectady county, where plaintiffs reside and where the actions were brought, to Bronx county, the place where the accident happened. Order affirmed, with ten dollars costs and disbursements in one action. Hill, P. J., Rhodes and Crapser, JJ., concur; McNamee and Heffernan, JJ., dissent and vote to reverse the order and to grant the motion, on the ground that Bronx is the proper county, that the accident occurred in Bronx county, and that a majority of the material witnesses reside therein.